In the Matter of BARBARA S. KREHELY et al., as Executrices of MARTHA B. SUTPHEN, Deceased, Respondents, v. BOARD OF APPEALS OF INCORPORATED VILLAGE OF GARDEN CITY, Appellant.—

Hopkins, Acting P. J., Martuscello, Kleinfeld, Brennan and Benjamin, JJ., concur. [65 Misc 2d 458.]